ARLYNNE MACFADDEN, Appellant, *v.* BERWYN MACFADDEN, Respondent.

Submitted April 7, 1952; decided April 23, 1952.

*Samuel Finkelstein* for motion.

*Parnell J. T. Callahan* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.